**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LODSYS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BROTHER INTERNATIONAL CORPORATION; <br> CANON U.S.A., INC.; <br> HEWLETT-PACKARD COMPANY; <br> HULU, LLC; <br> LENOVO (UNITED STATES) INC.; <br> LEXMARK INTERNATIONAL, INC.; <br> MOTOROLA MOBILITY, INC.; <br> NOVELL, INC; <br> SAMSUNG ELECTRONICS CO., LTD.; <br> SAMSUNG ELECTRONICS AMERICA, INC.; <br> SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; <br> TREND MICRO INCORPORATED, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO.:  2:11-CV-90 <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S AMENDED RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Fed. R. Civ. P., Plaintiff Lodsys, LLC ("Lodsys") hereby discloses, by and through its undersigned counsel, that it is a limited liability company.  Lodsys' parent company is Lodsys Holdings, LLC.

Dated:  February 14, 2011

Respectfully submitted,

**LODSYS, LLC**

/s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
**THE DAVIS FIRM P.C.**
111 W. Tyler St.
Longview, TX 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661
bdavis@bdavisfirm.com

1

                                        **ATTORNEY FOR PLAINTIFF**
                                        **LODSYS, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 14th day of February, 2011.

                                        /s/ William E. Davis, III
                                        William E. Davis, III