IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LODSYS, LLC, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:11-CV-90-TJW |
| BROTHER INTERNATIONAL CORPORATION; CANON U.S.A., INC.; HEWLETT-PACKARD COMPANY; HULU, LLC; LENOVO (UNITED STATES) INC.; LEXMARK INTERNATIONAL, INC.; MOTOROLA MOBILITY, INC.; NOVELL, INC; SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; TREND MICRO INCORPORATED, | § § § § § § § § § § § § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW Plaintiff Lodsys, LLC ("Lodsys") and files this Unopposed Motion For Extension Of Time to respond to Defendant Hewlett-Packard Company's Motion To Dismiss Or, In The Alternative, To Sever And Transfer Venue [dkt. no. 102] (the "Motion"):

Defendant Hewlett-Packard Company ("HP") filed its Motion on June 6, 2011. Lodsys's response is currently due on June 23, 2011. Lodsys respectfully requests additional time to file its response up to and including July 14, 2011. This extension is not for purposes of delay.

Counsel for Lodsys conferred with counsel for HP and HP does not oppose the relief requested herein.

Dated: June 20, 2011.                                  Respectfully Submitted,

                                        By:    /s/ Christopher M. Huck
                                               Michael A. Goldfarb
                                               (admitted *pro hac vice*)

Christopher M. Huck
(admitted *pro hac vice*)
KELLEY, DONION, GILL,
HUCK & GOLDFARB, PLLC
701 Fifth Avenue, Suite 6800
Seattle, Washington 98104
Phone: (206) 452-0260
Fax: (206) 397-3062
Email: goldfarb@kdg-law.com
       huck@kdg-law.com

William E. "Bo" Davis, III
Texas State Bar No. 24047416
THE DAVIS FIRM, PC
111 West Tyler Street
Longview, Texas 75601
Phone: (903) 230-9090
Fax: (903) 230-9090
Email: bdavis@bdavisfirm.com

**Attorneys for Plaintiff Lodsys, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that he conferred with counsel for HP and HP does not oppose the relief requested herein.

By:   /s/ Christopher M. Huck
       Christopher M. Huck

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this response was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 20th day of June 2011.

By:   /s/ Christopher M. Huck
       Christopher M. Huck