**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LODSYS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:11-cv-0090 (DF) |
| | § | |
| BROTHER INTERNATIONAL CORPORATION; | § | |
| CANON U.S.A., INC.; | § | |
| HEWLETT-PACKARD COMPANY; | § | |
| HULU, LLC; | § | |
| LENOVO (UNITED STATES) INC.; | § | |
| LEXMARK INTERNATIONAL, INC.; | § | |
| MOTOROLA MOBILITY, INC.; | § | |
| NOVELL, INC; | § | |
| SAMSUNG ELECTRONICS CO., LTD.; | § | |
| SAMSUNG ELECTRONICS AMERICA, INC.; | § | |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; | § | |
| TREND MICRO INCORPORATED, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Having considered Plaintiff Lodsys, LLC ("Lodsys") and Defendant Trend Micro Incorporated ("Trend Micro") Joint Motion to Dismiss Certain Claims Without Prejudice based on the settlement of certain claims asserted by and between them, the Court finds that good cause exists for granting the motion. The Joint Motion to Dismiss Certain Claims Without Prejudice is GRANTED. It is hereby

ORDERED, ADJUDGED AND DECREED that the following claims are hereby dismissed without prejudice:

(a) Lodsys's claim for "Infringement Of U.S. Patent No. 5,999,908" against Trend Micro, and any and all other claims for infringement against Trend Micro, to the extent such claims relate to products and/or services provided to Trend Micro by ForeSee.

It is further ORDERED that all costs, expenses, and attorneys' fees related to the above-listed claims are to be borne by the party that incurred them.

So ORDERED.

**SIGNED this 5th day of December, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE