## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LODSYS, LLC, *et al.* <br>     Plaintiffs, <br> v. <br><br> BROTHER INTERNATIONAL <br> CORPORATION, *et al.*; <br>     Defendants. | § § § § § § § § | CIVIL ACTION NO. 2:11-cv-90-JRG <br> **LEAD CASE** |
| LODSYS GROUP, LLC, *et al.* <br>     Plaintiff, <br> v. <br><br> BECKER PROFESSIONAL <br> DEVELOPMENT, CORPORATION, *et al.*; <br>     Defendants. | § § § § § § § § | CIVIL ACTION NO. 2:12-cv-286-JRG |
| LODSYS GROUP, LLC, *et al.* <br>     Plaintiff, <br> v. <br><br> FOSTER AND SMITH, INC., *et al.*; <br>     Defendants. | § § § § § § § | CIVIL ACTION NO. 2:12-cv-287-JRG |

## ORDER

Before the Court is Plaintiff Lodsys Group, LLC's ("Lodsys") Unopposed Motion for Extension of Time to respond to (1) Defendants Becker Professional Development Corporation, Cabela's, Inc., Charming Shoppes, Inc., Nike, Inc., and The Men's Wearhouse, Inc.'s Motion to Stay Proceedings on Allegations Already at Issue in Co-Pending Supplier Infringement Action [dkt. no. 303] filed in Civil Action No. 2:12-cv-286-JRG; and (2) Defendants Foster and Smith, Inc., Recreational Equipment, Inc., and Walgreen Co.'s Motion to Stay Proceedings on Allegations Already at Issue in Co-Pending Supplier Infringement Action [dkt. no. 304] filed in Civil Action No. 2:12-cv-287-JRG (collectively, the "Motions").

Finding Lodsys's motion well taken, the Court hereby GRANTS the motion. Lodsys shall have up to and including September 27, 2012 to file its responses to the Motions.

SO ORDERED.

**So ORDERED and SIGNED this 11th day of September, 2012.**

                                              RODNEY GILSTRAP
                                              UNITED STATES DISTRICT JUDGE