**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| LODSYS, LLC, et al.<br>    Plaintiff,<br><br>v.<br><br>BROTHER INTERNATIONAL<br>CORPORATION; et al.<br>    Defendants. | §<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 2:11-cv-90-JRG<br>§ **LEAD CASE**<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Plaintiff Lodsys, LLC and Lodsys Group, LLC's and Defendant Brother International Corporation's Joint Motion to Dismiss With Prejudice all claims and counterclaims between Plaintiff Lodsys, LLC and Lodsys Group, LLC and Defendant Brother International Corporation, it is ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Lodsys, LLC and Lodsys Group, LLC and Defendant Brother International Corporation are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 29th day of October, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE