# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LODSYS GROUP, LLC et al.,<br>    Plaintiffs,<br><br>v.<br><br>ADIDAS AMERICA, INC., et al.,<br>    Defendants. | )<br>)<br>)<br>) CIVIL ACTION NO.  2:11-cv-90 (JRG)<br>)<br>) Consolidated for Pretrial Purposes from Civil<br>) Action No. 2:11-cv-283 (JRG)<br>)<br>) **JURY TRIAL DEMANDED**<br>) |

## ORDER GRANTING DEFENDANT SAM'S WEST, INC.'S UNOPPPOSED MOTION FOR LEAVE TO SUPPLEMENT ITS INVALIDITY CONTENTIONS

Having reviewed Defendant Sam's West, Inc. ("Sam's West") Unopposed Motion For Leave to Supplement Its Invalidity Contentions, and finding the same to be meritorious, the Court hereby grants the same.

IT IS THEREFORE ORDERED that Sam's West is granted leave to supplement its Invalidity Contentions to incorporate the prior art references recited in Exhibits 1-111 of the November 19, 2012 Invalidity Contentions served by other Defendants in these consolidated matters.

**So ORDERED and SIGNED this 17th day of December, 2012.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE