IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | |
|---|---|
| LODSYS, LLC et al.,<br><br>    Plaintiffs,<br>v.<br><br>BROTHER INTERNATIONAL CORPORATION et al.,<br><br>    Defendants. | CIVIL ACTION NO. 2:11-cv-90 (JRG)<br>**LEAD CASE**<br><br>Consolidated with other cases for pretrial purposes |

**ORDER GRANTING BROTHER DEFENDANTS'
UNOPPOSED MOTION FOR LEAVE
TO SUPPLEMENT ITS INVALIDITY CONTENTIONS**

Having reviewed Defendants Hewlett Packard Company; Lenovo (United States) Inc.; Lexmark International, Inc.; Motorola Mobility, Inc.; Novell, Inc.; Samsung Electronics Co., LTD.; Samsung Electronics America, Inc.; and Samsung Telecommunications America, LLC's (collectively "Brother Defendants") Unopposed Motion For Leave to Supplement Invalidity Contentions, and finding the same to be meritorious, the Court hereby grants the same.

IT IS THEREFORE ORDERED that the Brother Defendants are granted leave to supplement their Invalidity Contentions to incorporate the prior art references recited in Exhibits 1-111 of the November 19, 2012 Invalidity Contentions served by other Defendants in these consolidated matters.

**So ORDERED and SIGNED this 30th day of January, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE