# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LODSYS GROUP, *et al.*, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| BROTHER INTERNATIONAL | § | Civil Action No. 2:11-cv-90-JRG |
| CORPORATION, *et al.*; | § | **LEAD CASE** |
|     Defendants. | § | |
| | § | |
| | § | |
| LODSYS GROUP, LLC, | § | |
|     Plaintiff, | § | |
| | § | |
|     v. | § | |
| | § | Civil Action No. 2:12-cv-290-JRG |
| AVG TECHNOLOGIES USA, INC., *et al.*; | § | |
|     Defendants. | § | **JURY TRIAL DEMANDED** |
| | § | |

## NOTICE OF SERVICE OF SUPPLEMENTAL INITIAL DISCLOSURES OF SYMANTEC CORPORATION

Pursuant to this Court's Scheduling and Discovery Orders, the Local Rules of the Eastern District of Texas, and the Federal Rules of Civil Procedure, Defendant Symantec Corporation provides this Notice to the Court that on June 19, 2013, Symantec served supplemental initial disclosures pursuant to Paragraph 1 of the Court's Discovery Order on all parties.

Dated:  June 19, 2013                    Respectfully submitted,

                                         **FENWICK & WEST LLP**


                                         By:  */s/ Michael J. Sacksteder*
                                         _____
                                              Michael J. Sacksteder
                                              CA Bar No. 191605 (Admitted E.D. Tex)
                                              msacksteder@fenwick.com
                                              David D. Schumann
                                              CA Bar No. 223936 (Admitted E.D. Tex)
                                              dschumann@fenwick.com
                                              Lauren E. Whittemore
                                              CA Bar No. 255432 (Admitted E.D. Tex)
                                              lwhittemore@fenwick.com
                                              William Alexander Moseley
                                              CA Bar No. 278740 (Admitted E.D. Tex)
                                              wmoseley@fenwick.com
                                              FENWICK & WEST LLP
                                              555 California Street, 12th Floor
                                              San Francisco, CA  94104
                                              Telephone:  415.875.2300
                                              Facsimile:   415.281.1350

                                              Attorneys for Defendant
                                              SYMANTEC CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on this day, June 19, 2013, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


*/s/ Michael J. Sacksteder*
Michael J. Sacksteder