IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LODSYS, LLC, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Case No. 2:11-cv-90-JRG |
| v. | § | |
| | § | **LEAD CASE** |
| BROTHER INTERNATIONAL CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Samsung's Opposed Emergency Motion for Extension of Time to Conduct Discovery (Dkt. No. 790). Having reviewed the motion and finding it to have merit, the Court herebyGRANTS the motion and ORDERS that the Docket Control Order in this case is amended to allow for the deposition of non-party NVIDIA Corporation to be completed by August 7, 2013.

In addition, should Samsung settle its case with Lodsys prior to the August 7, 2013 deposition, this extension of time shall apply with equal force to the remaining defendants in this consolidated action.

**So ORDERED and SIGNED this 2nd day of August, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE