IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LODSYS, LLC, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>BROTHER INTERNATIONAL CORPORATION, *et al.*,<br><br>        Defendants. | Civil Action No. 2:11-cv-00090 JRG<br><br>**LEAD CASE** |
| LODSYS, LLC, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>COMBAY, INC., *et al.*,<br><br>        Defendants,<br><br>v.<br><br>APPLE, INC.<br><br>        Intervenor Defendant. | Civil Action No. 2:11-cv-00272 JRG |

### ORDER GRANTING MOTION OF NON-PARTIES ELECTRONIC FRONTIER FOUNDATION AND APPLICATION DEVELOPERS ALLIANCE FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*

Before the Court is *Amici Curiae* Electronic Frontier Foundation and Application Developers Alliance's Motion for Leave to File Brief as *Amici Curiae* ("the Motion"). Such briefing being attached to the Motion now before the Court, the Court now finds that the Motion should be and hereby is GRANTED.

**So ORDERED and SIGNED this 19th day of September, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE