IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LODSYS GROUP, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>BROTHER INTERNATIONAL CORPORATION, et al.,<br><br>  Defendants. | C.A. No. 2:11-CV-90-JRG<br>(Lead Case) |

## ORDER GRANTING JOINT MOTION FOR JURY QUESTIONNAIRE

Before the Court is Plaintiff Lodsys Group, LLC's ("Lodsys") and all remaining Defendants' Joint Motion for Jury Questionnaire. (Dkt. No. 1036.) After consideration, the Court is of the opinion that said motion should be granted.

IT IS THEREFORE ORDERED that said motion is GRANTED and the Court approves use of the Jury Questionnaire as submitted.

IT IS FURTHER ORDERED that the Jury Questionnaire be completed by the venire panel in this matter prior to jury selection.

In light of the above, the parties' previous Joint Motions for submission of jury questionnaire (Dkt. Nos. 1017, 1019, 1020) have now become and are DENIED as MOOT.

**So ORDERED and SIGNED this 25th day of September, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2

2