**PLAINTIFF LODSYS GROUP, LLC'S PROPOSED VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Court's charge. As used herein, "Lodsys" means Lodsys Group, LLC. As used herein, "Kaspersky" means Kaspersky Lab, Inc.

**Question No. 1**

Did Lodsys prove by a preponderance of the evidence that Kaspersky directly infringed the following asserted claims of each of the patents in suit? **Answer YES or NO.**

| '078 Patent Claims | '565 Patent Claims |
|---|---|
| Claim 1: _____ | Claim 1: _____ |
| Claim 2: _____ | Claim 3: _____ |
| Claim 5: _____ | Claim 5: _____ |
| Claim 15: _____ | Claim 15: _____ |
| Claim 18: _____ | Claim 27: _____ |
| Claim 24: _____ | |
| Claim 69: _____ | |

EXHIBIT B

**Question No. 2**

Did Lodsys prove by a preponderance of the evidence that Kaspersky induced infringement of the following asserted claims of the patents in suit?  **Answer YES or NO.**

| '078 Patent Claims | '565 Patent Claims |
|---|---|
| Claim 1: _____ | Claim 1: _____ |
| Claim 2: _____ | Claim 3: _____ |
| Claim 5: _____ | Claim 5: _____ |
| Claim 15: _____ | Claim 15: _____ |
| Claim 18: _____ | Claim 27: _____ |
| Claim 24: _____ | |
| Claim 69: _____ | |

**Question No. 3**

      Did Lodsys prove by a preponderance of the evidence that Kaspersky contributorily infringed the following asserted claims of the patents in suit?  **Answer YES or NO.**

| '078 Patent Claims | '565 Patent Claims |
|---|---|
| Claim 1: _____ | Claim 1: _____ |
| Claim 2: _____ | Claim 3: _____ |
| Claim 5: _____ | Claim 5: _____ |
| Claim 15: _____ | Claim 15: _____ |
| Claim 18: _____ | Claim 27: _____ |
| Claim 24: _____ | |
| Claim 69: _____ | |

**Question No. 4**

ANSWER QUESTION 4 ONLY IF YOU ANSWERED "YES" FOR ANY OF THE CLAIMS LISTED IN QUESTIONS 1, 2 OR 3.  OTHERWISE, DO NOT ANSWER QUESTION 4.

If you have found any of the claims infringed, did Lodsys prove by clear and convincing evidence that Kaspersky's infringement was willful?  **Answer YES or NO.**

'078 Patent: _____                    '565 Patent: _____

**Question No. 5**

Do you find that Kaspersky has proven by clear and convincing evidence that any of the following claims are invalid as being anticipated or obvious?  **Answer YES or NO** for both "Anticipation" and "Obviousness."

|  | Anticipation | Obviousness |
|---|---|---|
| '078 Patent, Claim 1 | | |
| '078 Patent, Claim 2 | | |
| '078 Patent, Claim 5 | | |
| '078 Patent, Claim 15 | | |
| '078 Patent, Claim 18 | | |
| '078 Patent, Claim 24 | | |
| '078 Patent, Claim 69 | | |
| '565 Patent, Claim 1 | | |
| '565 Patent, Claim 3 | | |
| '565 Patent, Claim 5 | | |
| '565 Patent, Claim 15 | | |
| '565 Patent, Claim 27 | | |

**Question No. 6**

ANSWER QUESTION 7 ONLY IF YOU ANSWERED "YES" FOR ANY OF THE CLAIMS LISTED IN QUESTIONS 1, 2 OR 3. OTHERWISE, DO NOT ANSWER QUESTION 7.

What sum of money, if paid now in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate Lodsys for Kaspersky's infringement through [Lodsys: the time of trial] [Kaspersky: the expiration of the patents in suit on August 6, 2012]?

$_____

Signed this _____ day of October, 2013.