# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LODSYS GROUP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:11-cv-90-JRG |
| v. | § | |
| | § | **LEAD CASE** |
| BROTHER INTERNATIONAL CORPORATION, ET. AL., | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| LODSYS GROUP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:12-cv-290-JRG |
| | § | |
| AVG TECHNOLOGIES USA, INC., et al., | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Lodsys Group, LLC ("Lodsys") and Defendant Kaspersky Labs, Inc. ("Kaspersky") hereby jointly move the Court to dismiss all claims and counterclaims asserted in this action by and between Lodsys and Kaspersky, with prejudice and with each party to bear its own costs, expenses, and attorneys' fees.

Dated: September 28, 2013                    Respectfully Submitted

By: /s/ Casey A. Kniser                       By:  /s/  Christopher M. Huck
Eric H. Chadwick (pro hac vice)                   Christopher M. Huck
chadwick@ptslaw.com                               (admitted pro hac vice)
Casey A. Kniser (pro hac vice)                    Michael A. Goldfarb
kniser@ptslaw.com                                 (admitted pro hac vice)
Patterson Thuente Pedersen, P.A.                  Kit W. Roth
80 South 8th Street, Suite 4800                   (admitted pro hac vice)
Minneapolis, MN  55402                            **KELLEY, GOLDFARB,**
Phone:  (612) 349-5758                            **HUCK & ROTH, PLLC**
Fax:  (612) 349-9266                              700 Fifth Avenue, Suite 6100
                                                  Seattle, WA 98104
Harry L. Gillam, Jr.                              Telephone: 206-452-0260
(Atty No. 07921800)                               Facsimile: 206-397-3062
gil@gillamsmithlaw.com                            Email: goldfarb@kdg-law.com
Gillam & Smith, LLP                                      huck@kdg-law.com
303 South Washington Avenue                              roth@kdg-law.com
Marshall, TX  75670
Phone:  (903) 934-8450                            William E. Davis III
Fax: (903) 934-9257                               Texas State Bar No. 24047416
                                                  **THE DAVIS FIRM, PC**
                                                  111 West Tyler Street
**ATTORNEYS FOR DEFENDANT**                       Longview, Texas 75601
**KASPERSKY LABS, INC.**                          Telephone: (903) 230-9090
                                                  Facsimile: (903) 230-9661
                                                  Email: bdavis@bdavisfirm.com

                                                  **ATTORNEYS FOR PLAINTIFF**
                                                  **LODSYS GROUP, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff Lodsys Group, LLC and Defendant Kaspersky Labs, Inc., in compliance with Local Rule CV-7(h) and (i), have conferred in a good faith and have agreed to the relief requested in this joint motion.  Accordingly, this motion is unopposed by Plaintiff Lodsys Group, LLC and Defendant Kaspersky Labs, Inc.

By: /s/ Christopher M. Huck
Christopher M. Huck

**ATTORNEYS FOR PLAINTIFF LODSYS GROUP, LLC**

By: /s/ Casey A. Kniser
Casey A. Kniser

**ATTORNEYS FOR DEFENDANT KASPERSKY LABS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(V).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 28th day of September, 2013.

By: /s/ Christopher M. Huck
Christopher M. Huck