IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LODSYS GROUP, LLC, §<br>§<br>Plaintiff, §<br>§ CIVIL ACTION NO. 2:11-cv-90-JRG<br>v. §<br>§ **LEAD CASE**<br>BROTHER INTERNATIONAL §<br>CORPORATION, ET. AL., §<br>§<br>Defendants. § | |
| LODSYS GROUP, LLC, §<br>§<br>Plaintiff, §<br>§<br>v. § CIVIL ACTION NO. 2:12-cv-290-JRG<br>§<br>AVG TECHNOLOGIES USA, INC., et al., §<br>§<br>Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Plaintiff Lodsys Group, LLC's and Defendant Kaspersky Labs, Inc.'s Joint Motion to Dismiss With Prejudice all claims and counterclaims between Plaintiff Lodsys Group, LLC and Defendant Kaspersky Labs, Inc., it is ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Lodsys Group, LLC and Defendant Kaspersky Labs, Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 30th day of September, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE