# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LODSYS GROUP, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 2:11-cv-90-JRG |
| § | CONSOLIDATED |
| BROTHER INTERNATIONAL § | |
| CORPORATION, ET AL., § | |
| § | |
| Defendants. § | |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICES

Andy Tindel, counsel for Defendant Hewlett-Packard Company, no longer desires to receive electronic notifications of filings made in the above referenced civil action through the Court's CM/ECF system and, pursuant to E. D. Tex. Loc. Ct. R. 11 (f), hereby requests the Clerk of the Court to remove his name and email address from the list of counsel authorized to receive efilings as Defendant Hewlett-Packard Company has been dismissed from this action.

Dated: November 15, 2013

Respectfully submitted,

/s/ Andy Tindel

ANDY TINDEL
State Bar No. 20054500

MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Tel: (903) 596-0900
Fax: (903) 596-0909
Email: atindel@andytindel.com

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on the 15th day of November, 2013. Any other counsel of record will be served via facsimile transmission.

_____
Andy Tindel